In The United States District Court
for the Western District of Oklahoma

**FILED**

Neal Garith,
Petitioner

FEB 23 2026

JOAN KANE, CLERK
U.S. DIST. COURT WESTERN DIST. OKLA.
BY_____ naa _____, DEPUTY

VS.

Case No. CIV-1359-JD

John Masquelier, Warden,
Respondent

Final Motion for an Extension of time
to File Reply Brief

Comes now the petitioner, and hereby requests a final extension of time of 30 days to file his reply brief, and shows the Court the following:

1. Petitioner is still working to obtain the missing exhibit referred to in the State's response.

2. DOC's Securus digital mail has significantly delayed Petitioner's receipt of the exhibit.

3. Not having a copy of this exhibit would be detrimental to Petitioner's reply, as the State is claiming the exhibit was not presented to the State Courts.

4. Petitioner's request is made in good faith and not for the purpose of delay.

1.

2.

Wherefore, Petitioner prays the Honorable Court will grant him a final extension of time, of 30 days, or until March 21st, 2026 to file his reply brief.

Respectfully submitted,

Neal Gavith #2007483
JCCC Unit 5-South
216 N. Murray St.
Helena, OK 73741

2.

## Certificate of Mailing

I hereby certify that on this 18th day of February, 2026, I placed this motion for extension of time in the U.S. mail with sufficient postage attached and addressed to the Attorney General of Oklahoma and to the Court Clerk for the Western District of Oklahoma.

Neal Garith  #2007483
Petitioner

3.